COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



IN RE § No. 08-20-00185-CR

JAIME LUEVANO, § AN ORIGINAL PROCEEDING

Relator. § IN MANDAMUS

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable James T. Carter to reopen a writ of habeas corpus and inquiry/examination trial and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 14TH DAY OF JANUARY, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.